

**FILED**
3/16/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL VELASQUEZ | **1:21-CR-000173**<br>Violation: Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2<br><br>**JUDGE BUCKLO**<br>**MAGISTRATE JUDGE CUMMINGS** |

### COUNT ONE

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about March 17, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL VELASQUEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine; a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

1

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about March 24, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL VELASQUEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine; a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY